1

2

3

4

5

6

7

8                            UNITED STATES DISTRICT COURT

9                       FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   RADFORD DARRELL SMITH,                     No.  2:15-cv-279-EFB P

12                  Petitioner,

13          v.                                   ORDER

14   PEOPLE OF THE STATE OF
     CALIFORNIA,
15
                    Respondent.
16

17

18          On March 11, 2015, the above-captioned case was dismissed without prejudice for failure

19   to exhaust state remedies.  Judgment was entered accordingly.  On March 13, 2015, petitioner

20   filed a document entitled "Motion to Stay State Court Fugitive Hearing."  The court takes no

21   action on petitioner's filing as this case is now closed.  Petitioner is hereby informed that the

22   court will not respond to future filings in this action that are not authorized by the Federal Rules

23   of Civil Procedure or the Federal Rules of Appellate Procedure.

24          So ordered.

25   Dated:  March 19, 2015.

26                                              _____
                                                EDMUND F. BRENNAN
27                                              UNITED STATES MAGISTRATE JUDGE

28